Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Caleb Cole

IN THE UNITED STATES DIRSTICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.:  1:11-cr-00026-LJO-10 |
| Plaintiff, | ) |
| | ) **STIPULATION  AND ORDER** |
| | ) **REGARDING MODIFICATION OF PRE-** |
| vs. | ) **TRIAL RELEASE CONDITIONS OF** |
| | ) **DEFENDANT CALEB COLE** |
| CALEB COLE | ) |
| | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for

defendant CALEB COLE, and Stanley Boone, Assistant United States Attorney, that the pre-trial

release conditions be modified as follows:

1. **Alcohol restriction**

    The parties agree that the condition that Mr. Cole is not to consume any alcohol and that

he is to breath into a breathalyzer machine every evening at 9:00 p.m. should be removed at this

time.  However, if there becomes an issue with alcohol, such as that Mr. Cole commits an

offense or violates another condition of pre-trial release while he is under the influence of

alcohol, the Government will move that Mr. Cole be immediately detained.

//

//

//

//

The Pre-Trial Services officer does not object to these terms.

Respectfully submitted,

Dated: April 19, 2011                    /s/  Jeffrey T. Hammerschmidt
                                         JEFFREY T. HAMMERSCHMIDT
                                         Attorney for Caleb Cole


Dated: April 19, 2011                    /s/ Stanley Boone
                                         STANLEY BOONE
                                         Assistant United States Attorney


## ORDER

The pre-trial release conditions that Mr. Cole is not to consume any alcohol and that he is to breath into a breathalyzer machine every evening at 9:00 p.m. shall be removed.


IT IS SO ORDERED.

Dated:   **April 19, 2011**                    **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE