IN THE UNITED STATES DIRSTICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.:  1:11-cr-00026-LJO-10 |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| CALEB COLE ) | |
| ) | |
| Defendant ) | |

**IT IS  HEREBY ORDERED THAT:**

　　　The pre-trial release condition that Mr. Cole not have contact with his father shall be amended to allow contact on June 17, 2011 and again on June 19, 2011.  However, Mr. Cole is not to discuss any matters related to the above captioned case  with his father during these visits.

IT IS SO ORDERED.

　　Dated:   **June 17, 2011**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE