Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Caleb Cole

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:11-cr-00026-LJO-10 |
| Plaintiff, | **STIPULATION AND ORDER REGARDING WAIVER OF PERSONAL APPEARANCE OF DEFENDANT CALEB COLE** |
| vs. | |
| CALEB COLE | |
| Defendant | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant CALEB COLE, and Stanley Boone, Assistant United States Attorney, that Defendant Caleb Cole's personal appearance shall be waived for the Status Conference currently set to take place on October 7, 2011, at 8:30 a.m.

Respectfully submitted,

Dated: October 4, 2011        /s/  Jeffrey T. Hammerschmidt
                              JEFFREY T. HAMMERSCHMIDT
                              Attorney for Caleb Cole

Dated: October 4, 2011        /s/ Stanley Boone
                              STANLEY BOONE
                              Assistant United States Attorney

IN THE UNITED STATES DIRSTICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:11-cr-00026-LJO-10 |
| Plaintiff, | **ORDER** |
| vs. | |
| CALEB COLE | |
| Defendant | |

The Defendant Caleb Cole's personal appearance is waived for the October 7, 2011 status conference, as requested.

IT IS SO ORDERED.

Dated: __**October 4, 2011**__        __/s/ Lawrence J. O'Neill__
                                                                            UNITED STATES DISTRICT JUDGE