Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Laura M. Bragg, #272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Caleb Cole

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 1:11-cr-00026-LJO-10 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **REGARDING MODIFICATION OF PRE-** |
| vs. ) | **TRIAL RELEASE CONDITIONS OF** |
| ) | **DEFENDANT CALEB COLE** |
| CALEB COLE ) | |
| ) | |
| Defendant ) | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for defendant CALEB COLE, and Stanley Boone, Assistant United States Attorney, that the pre-trial release conditions be modified to remove the condition that Mr. Cole is not to have contact with his father, co-defendant Carlyle Cole.

The Pre-Trial Services officer agrees to this modification.

Respectfully submitted,

Dated: November 3, 2011        /s/  Jeffrey T. Hammerschmidt
                               JEFFREY T. HAMMERSCHMIDT
                               Attorney for Caleb Cole

Dated: November 3, 2011        /s/ Stanley Boone
                               STANLEY BOONE
                               Assistant United States Attorney

**IT IS HEREBY ORDERED THAT:**

    The pre-trial release condition that Mr. Cole is not to contact his father shall be removed.

IT IS SO ORDERED.

    Dated:   **November 9, 2011**                **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE