# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALEB LEE COLE,<br><br>　　　　　　Defendant. | 1:11-CR-0026-LJO-10<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION (DOC. 628) |

　　　The Court has received and reviewed Defendant Caleb Cole's motion for early termination of supervised release. Based on the reasons set forth for bringing the motion, the appropriate motion would be a motion to amend the terms of supervised release concerning travel, rather than to terminate. This is especially true when this level of restitution is outstanding.

　　　The motion is **DENIED**.

IT IS SO ORDERED.

　　Dated:　**October 6, 2016**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1